**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Dosbolat Rasoli, et al.
Plaintiff,
v.
Kenneth Madsen, et al.
Defendant.

Case No.: 1:22−cv−04685
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 9, 2022:

MINUTE entry before the Honorable John J. Tharp, Jr:The defendants' unopposed motion for an extension to file an answer or other responsive pleading [6] is granted. The deadline to answer or otherwise plead is extended to 1/9/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.